```
1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7298
6      Facsimile: (415) 436-6748
       Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERNESTINA AGUILAR SANCHEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, Secretary, Department of Homeland Security,<br><br>Defendant. | Case No. 3:25-cv-07644-PHK<br><br>**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until March 29, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiffs filed this mandamus action seeking adjudication of Plaintiff Lopez's Form I-918A, Petition for Qualifying Family Member of U-1 Recipient. On November 3, 2025, United States Citizenship and Immigration Services issued a Request for Evidence ("RFE") on Plaintiff's petition. Once USCIS receives Plaintiff's response to the RFE, the agency will work diligently towards completing adjudication of Plaintiff's petition, absent unforeseen or exceptional circumstances that would require additional time for adjudication.

Stipulation to Stay
Case No. 3:25-cv-07644-PHK                    1

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until March 29, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: November 25, 2025

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

 /s/ Elizabeth D. Kurlan
ELIZABETH D. KURLAN
Assistant United States Attorney
Attorneys for Defendants

Dated: November 25, 2025

 /s/ Kevin Crabtree
KEVIN CRABTREE
Fuerza Immigration Lawyers, LLP
Attorney for Plaintiffs

[~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  12/8/2025

HON. PETER H. KANG
United States Magistrate Judge

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.